356 A.2d 359

In the Matter of the ESTATE of Daniel B. KIMMEL, Deceased, late of Conemaugh Township, Cambria County, Appellant.

Supreme Court of Pennsylvania.

Argued March 11, 1976.

Decided May 12, 1976.

R. L. Pawlowski, Johnstown, for appellant.

Gilbert E. Caroff, Johnstown, Thomas M. Mulroy, Henry M. Wick, Jr., Wick, Vuono & Lavelle, Pittsburgh, for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

## OPINION

PER CURIAM.

Decree of the court below affirmed. Costs on appellant.